# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**ANDRE R. KABIR,**

    **Plaintiff,**

    v.

**PATRICK R. DONAHOE, POSTMASTER GENERAL, UNITED STATES POSTAL SERVICE ANGENCY,**

    **Defendant.**

**Civil Action 2:12-cv-641**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge Elizabeth P. Deavers**

## ORDER

Plaintiff filed this action on July 17, 2012. (ECF No. 1.) On November 8, 2012, Plaintiff filed a Motion to Consolidate in which he sought to have this case consolidated with another case pending before the Court in which he was also a plaintiff, case number 2:09-cv-1061. (ECF No. 5.) On December 26, 2012, Plaintiff filed a Motion to Withdraw Motion to Consolidate, in which he included the case number associated with this case. The Clerk, however, docketed Plaintiff's Motion in case number 2:09-cv-1061. (*See* Pl.'s Mot., ECF No. 106, Case No. 2:09-cv-1061.) Accordingly, the Clerk is **DIRECTED** to docket Plaintiff's Motion in the instant case. Plaintiff's Motion to Withdraw Motion to Consolidate is **GRANTED**.

    **IT IS SO ORDERED**.

Date: January 17, 2013

                                            /s/ *Elizabeth A. Preston Deavers*
                                                Elizabeth A. Preston Deavers
                                                United States Magistrate Judge