AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ANDRE R. KABIR,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**vs.**

**CASE NO. 2:12-CV-0641**
**PATRICK R. DONAHUE,**    **JUDGE EDMUND A. SARGUS, JR.**
**POSTMASTER GENERAL,**   **MAGISTRATE JUDGE ELIZABETH P. DEAVERS**
**UNITED STATES POSTAL SERVICE,**

       **Defendant.**

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed August 16, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: August 16, 2013                        JOHN P. HEHMAN, CLERK

                                             */S/ Andy F. Quisumbing*
                                             (By) Andy F. Quisumbing
                                             Courtroom Deputy Clerk